## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

BACHIR MIHOUBI,                                         Civil No. 07-3380 (JRT/FLN)

                Plaintiff,

                                                            **ORDER ADOPTING**
v.                                                      **REPORT AND RECOMMENDATION**
                                                           **OF MAGISTRATE JUDGE**
AMY O'NEIL,

                Defendant.

_____

Bachir Mihoubi, 419 Allison Drive, Atlanta, GA 30342, plaintiff *pro se*.

Based upon the Report and Recommendation by United States Magistrate Judge Franklin L. Noel dated December 21, 2007, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that this case is dismissed.

DATED:  January 24, 2008
at Minneapolis, Minnesota.                                  s/John R. Tunheim
                                                                                    JOHN R. TUNHEIM
                                                                United States District Judge